UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VESTER L. PATTERSON,<br><br>    Plaintiff,<br><br>  v.<br><br>SAM WONG DO, et al.,<br><br>    Defendants. | No. 2:15-cv-2117 AC P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. By order filed April 28, 2017, the court screened the complaint and plaintiff was directed to advise the court whether he would proceed on his claim against defendant Wong or amend the complaint. ECF No. 5. Plaintiff has now notified the court that he would like to amend the complaint. ECF No. 8.

Accordingly, IT IS HEREBY ORDERED that plaintiff shall have thirty days from the service of this order to file an amended complaint as outlined in the April 28, 2017 screening order.

DATED: May 23, 2017

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE