UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VESTER L. PATTERSON, | No. 2:15-cv-2117 MCE AC P |
| Plaintiff, | |
| v. | ORDER |
| SAM WONG DO, et al., | |
| Defendants. | |

Plaintiff has filed his second request for an extension of time to file objections to the November 13, 2017 findings and recommendations. ECF No. 16. Good cause appearing, the motion will be granted. No further extensions of time will be granted absent a showing of extraordinary cause.

IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 16) is granted; and

2. Plaintiff shall have thirty days from the service of this order in which to file his objections. No further extensions of time will be granted absent a showing of extraordinary cause.

DATED: January 12, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE