UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VESTER L. PATTERSON, | No. 2:15-cv-2117 MCE AC P |
| Plaintiff, | |
| v. | ORDER |
| SAM WONG DO, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 13, 2017, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days. ECF No. 13. After receiving two extensions of time (ECF Nos. 15, 17), plaintiff filed timely objections to the findings and recommendations (ECF No. 18).

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 13, 2017 (ECF No. 13), are adopted in full;

2. Plaintiff's in forma pauperis status is revoked.

3. Plaintiff shall pay the entire $400.00 in required fees within thirty days of service of this order or face dismissal of the case.

Dated: March 13, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE